UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

      Plaintiff,

v.

SCHNECK AND SCHNECK, INC., d/b/a
REVENUE REPORTING SERVICES,
and JASON L. SCHNECKENBERGER,

      Defendants.
_____/

Case No. 1:15-cv-464

HON. PAUL L. MALONEY

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff Mark Crouch and defendant Jason L. Schneckenberger, being all of the parties who have appeared in this action, hereby stipulate to the dismissal of this action, with prejudice, as to all parties.

Dated: February 9, 2016

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
Consumerlawyer@aol.com

Dated: February 9, 2016

Jason L. Schneckenberger
Defendant
99 Rolling Hills Drive
West Seneca, New York 14224